Shefali Milczarek-Desai, AZ Bar #021237
Workers Rights Clinic
University of Arizona Rogers College of Law
1145 N. Mountain Ave.
Tucson, AZ 85719
Telephone: (520) 626-9950
Fax: (520) 626-5233
shefalimdesai@email.arizona.edu

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA TOLANO, FRANCISCO JAVIER PONCE BERNAL, JOSE DANIEL MENDOZA, & RAQUEL HERRERA<br><br>Plaintiffs,<br><br>vs.<br><br>EL RIO BAKERY & CARLOS GUILLERMO VARGAS MENDOZA<br><br>Defendants | CASE NO: CV-18-00125-TUC-RM<br><br>NOTICE OF APPEARANCE |

  Shefali Milczarek-Desai, incoming Director of the Workers Rights Clinic, is admitted to practice in this court and appears in this case as counsel of record for Plaintiffs Maria Tolano, Francisco Javier Ponce Bernal, Jose Daniel Mendoza and Raquel Herrera. Plaintiffs request that all future filings and papers be served upon them through Ms. Milczarek-Desai.

  DATED this 24th day of July 2018.

            Respectfully submitted,

            BY: _____/s/_____
              Shefali Milczarek-Desai
              Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July 2018, I mailed the attached documents to the following parties:

El Rio Bakery and Carlos Guillermo Vargas Mendoza
901 N. Grande Ave
Tucson AZ 85745

/s/ Shefali Milczarek-Desai