Leah Z. Jaffe AZ Bar #034333
Workers' Rights Clinic
University of Arizona Rogers College of Law
1145 N. Mountain Ave.
Tucson, AZ 85719
Telephone: (973) 370-3662
Fax: (520) 626-5233
ljaffe@email.arizona.edu

*Attorney for the Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA TOLANO; FRANCISCO JAVIER PONCE BERNAL; JOSE DANIEL MENDOZA; & RAQUEL HERRERA<br><br>Plaintiffs,<br><br>vs.<br><br>EL RIO BAKERY; & CARLOS GUILLERMO VARGAS MENDOZA<br><br>Defendants | CASE NO: CV-18-00125-TUC-RM<br><br>CERTIFICATE OF SERVICE FOR: SUBMISSION OF EVIDENCE ON MITIGATION AND POST VIOLATION EARNINGS AND LIMITED FURTHER BRIEFING ON THE REMEDY REQUESTED. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2019 I sent the document titled "Submission of Evidence on Mitigation and Post Violation Earnings and Limited Further Briefing on the Remedy Requested" with attachments by overnight delivery service to the following party:

Carlos Guillermo Vargas Mendoza
Unit B, 3546 Mission Rd.
Tucson, AZ  85731

_____/s/_____
Leah Z. Jaffe